UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JOHN B. WILLIAMS III,**

   *Plaintiff,*

v.                                                                    Case No.  SA-22-CV-00257-JKP

**BEXAR COUNTY DISTRICT
ATTORNEY'S OFFICE,
JOE GONZALES,
ALEXANDRA ZEPEDA,
TIFFANY MILLER, AND
BRANDON RAMSEY,**

   *Defendants*.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action without prejudice for lack of jurisdiction.

It is so ORDERED.
SIGNED this 21st day of July, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE